IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OSCAR A. LEAL, SR. | § § | |
| V. | § § | C.A. NO. C-05-518 |
| WAL-MART CORPORATION COCA COLA ENTERPRISES | § § § | |

## ORDER OF DISMISSAL

Plaintiff Oscar A. Leal, Sr. has filed a Motion to Withdraw Case.

Plaintiff's Motion to Withdraw Case is hereby GRANTED. It is therefore ORDERED that this cause is dismissed with prejudice.

ORDERED this 3rd day of November, 2005.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE