IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| OSCAR A. LEAL, SR. | § | |
| | § | |
| V. | § | C.A. NO. C-05-518 |
| | § | |
| WAL-MART CORPORATION | § | |
| COCA COLA ENTERPRISES | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order of Dismissal, the Court enters final judgment dismissing this action.

ORDERED this 3rd day of November, 2005.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE